| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ANDREW DINUZZO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-00145 DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING AND ORDER |
| v. | ) | THEREON |
| | ) | |
| ANDREW DINUZZO, | ) | Date: May 14, 2009 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Honorable Gary S. Austin |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing, in the above-captioned matter, currently scheduled for April 23, 2009, **may be continued to May 14, 2009, at 10:00 a.m.**

This continuance is requested by counsel for the defendant. Defendant has informed counsel that he will be out of town and unavailable on the date currently set. The government has no objection to this continuance.

///
///
///
///
///
///

| | | |
|---|---|---|
| Dated: April 22, 2009 | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| | By: | /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated: April 22, 2009 | | DANIEL J. BRODERICK<br>Federal Defender |
| | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>Andrew Dinuzzo |

**O R D E R**

**IT IS SO ORDERED.**

DATED:   April 22, 2009

　　　　　　　　　　　　　　　　　　　　/s/ Gary S. Austin
HON. GARY S. AUSTIN
United States Magistrate Judge
Eastern District of California